Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
for the

District of

Division

FILED
2023 JUN -9 PM 3:50
CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
ORLANDO, FL

| | |
|---|---|
| Ferdell baker See Attached | Case No. _____ |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: *(check one)*  ☐ Yes  ☐ No |
| -v- | |
| U-HAUL CO. OF FLORIDA | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Ferdell Baker |
   | Street Address | 1070 Montgomery Rd #135 |
   | City and County | Altamonte Springs |
   | State and Zip Code | 32714 |
   | Telephone Number | 757-542-5828 |
   | E-mail Address | dell.baker@hotmail.com |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | U-HAUL CO. OF FLORIDA |
| Job or Title *(if known)* | ED K. HATHCER |
| Street Address | 2311 Angel Olivia Senior st |
| City and County | Tampa, |
| State and Zip Code | Florida, 33605 |
| Telephone Number | |
| E-mail Address *(if known)* | ed_hatcher@uhaul.com |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

|  |  |
|---|---|
| Job or Title *(if known)* |  |
| Street Address |  |
| City and County |  |
| State and Zip Code |  |
| Telephone Number |  |
| E-mail Address *(if known)* |  |

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| Name | U Haul of Altamonte Springs |
|---|---|
| Street Address | 598 W hwy 436 |
| City and County | Altamonte Springs |
| State and Zip Code | Florida, 32714 |
| Telephone Number | 407-288-7815 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

☑ Relevant state law *(specify, if known)*:

Florida Civil Statues 768.72-2,a,b-3b Labor Standards 448.045

☐ Relevant city or county law *(specify, if known)*:

_____

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐ Failure to hire me.
☑ Termination of my employment.
☐ Failure to promote me.
☐ Failure to accommodate my disability.
☐ Unequal terms and conditions of my employment.
☐ Retaliation.
☑ Other acts *(specify)*: Refused to grant another position/pay me

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

1/9/2023    1/17/2023

C. I believe that defendant(s) *(check one)*:

☐ is/are still committing these acts against me.
☐ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☐ race _____
☐ color _____
☑ gender/sex _____
☐ religion _____
☐ national origin _____

☑ age *(year of birth)* __1980__ *(only when asserting a claim of age discrimination.)*

☐ disability or perceived disability *(specify disability)*

_____

E.  The facts of my case are as follows. Attach additional pages if needed.




*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

IV. **Exhaustion of Federal Administrative Remedies**

A.  It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*


B.  The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☑ issued a Notice of Right to Sue letter, which I received on *(date)* __4/7/2023__

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.  Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☑ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

My damages are Valued at 70,000 at present

- Eviction
- Pawning Jewlery
- Lien Notices
- Loss of 30K Whole Life Insurance Policy
- 40 1K and EPP stock sold at a Loss
- 30K+ cryto currency sold at Loss and Crypto IRA a Loss under Duress

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5/9/2023

Signature of Plaintiff: Ferdell Baker

Printed Name of Plaintiff: Ferdell Baker

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____

Printed Name of Attorney: _____

Bar Number: _____

Page of 7

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

        Name of Law Firm    _____
        Street Address    _____
        State and Zip Code    _____
        Telephone Number    _____
        E-mail Address    _____

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Tampa Field Office
501 East Polk St, Suite 1000
Tampa, FL 33602
(800) 669-4000
Website: www.eeoc.gov

# DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

To: Mr. Ferdell Baker
1070 Montgomery Rd # 133
ALTAMONTE SPRINGS, FL 32714
Charge No: 510-2023-03462

EEOC Representative and email:   ISAIAH RODRIGUEZ
Investigator
isaiah.rodriguez@eeoc.gov

## DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 510-2023-03462.

On behalf of the Commission,

*Evangeline Hawthorne*
Digitally signed by Evangeline Hawthorne
Date: 2023.04.19 08:21:29 -04'00'

Evangeline Hawthorne
Director

**Cc:**
Cindy Ramirez
U-Haul
598 W HIGHWAY 436
Altamonte Springs, FL 32714


Please retain this notice for your records.

Enclosure with EEOC Notice of Closure and Rights (01/22)

# INFORMATION RELATED TO FILING SUIT UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

## IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

## ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to: https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

## HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a FOIA Request or 2) a Section 83 request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of this notice, please submit your request for the charge file promptly to allow sufficient time for EEOC to respond and for your review. Submit a signed written request stating it is a "FOIA Request" or a "Section 83 Request" for Charge Number 510-2023-03462 to the District Director at Evangeline Hawthorne, 100 SE 2nd St Suite 1500 Miami, FL 33131.

You can also make a FOIA request online at https://eeoc.arkcase.com/foia/portal/login.

Enclosure with EEOC Notice of Closure and Rights (01/22)

You may request the charge file up to 90 days after receiving this Notice of Right to Sue. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA Requests and Section 83 Requests, go to: https://www.eeoc.gov/eeoc/foia/index.cfm.

United States District Court
Middle District of Florida
Orlando Court Division

| | |
|---|---|
| **Ferdell Baker** ) | |
| *Plaintiff* ) | |
| 1070 Montgomery Rd, ) | |
| Altamonte Springs, FL 23417 ) | Civil Case Management |
| (757) 542-5828 ) | |
| Dell.Baker@outlook.com ) | |
| ) | |
| v. ) | |
| U-Haul CO. OF FLORIDA ) | |
| *Defendant* ) | Case Number: to be assigned |
| c/O U-HAUL INTERNATIONAL ) | |
| 2311 Angela Oliva Senior st ) | Jury Trial Demanded |
| Tampa, FL 33606 ) | |

FILED 2023 JUN -9 PM 3:50 CLERK US DISTRICT COURT MIDDLE DISTRICT FLORIDA ORLANDO, FL

## Statement of Claim(s)

Plantiff Ferdell Baker (Dell) for his complaint against the Defendant U-Haul of Florida C/O U-Haul International alleges the following claims:

### Summary

1. This case arises from the lack of integrity for employee well being with regard to break policy I worked 102 Hours during a 3 week period only taking 121 minutes of breaks.

This HUGE variance equates for every 5+ hour shift 30 minute would be 450 minutes only 27% or 2 hours out of an allowance of 7.5 hours by law.

2. On 1/9/2023 I was scheduled to work 8 hours and took by break collectively as I saw a female co worker Diamond O.#&! do everyday, as well as Manager yet, I was told I could not clock back in when I was 45 minutes into my collective break. I saw the Male members of Management using this as an effort to combine together against me, without showing a policy this was a violation of Title 7 Sex Discrimination as female workers did what I did daily without consequences; the Defendant's Senior Leadership ratified this action by not correcting or giving me my job, compensation or any handbook thereby violating Florida Labor Statues

3. Before I begin working for the Defendant I purchased storage which entitled me to receive mail at the facility in an effort to retaliate against me the defendant had my was because I was the only 40+ year old male and my Life knowledge, background and law created an egotistical bully who choose to combine also violating Florida Labor Statues

4. After termination the Defendants Leadership failed to show good faith of resolution for the collateral damage created by me being terminated unlawfully, it took over 1 month and 3 different persons to be paid breaks missed by its lack of concern for my well being. The lack of resolution created emotional distress and frustration leading to loss of my possessions, evictions, lien notices on my storage, loss of Whole life Insurance policy, and 401k, EPP stock, and Crypto currency, along with Crypto IRA losses.

## Violations

5. The Defendant has violated my Title 7 as granted by the Civil Rights Act of 1964 on the basis of Sex on 1/9/2023 by sending me home, costing me hours of work, and afterwards combining against me with Acting Manager and the Altamonte Store Manager who was on vacation during the incident and refused to answer my text messages on 1/17/2023 upon her return only to terminate me on 1/18/2023 Florida Labor standards 448.045 Wrongful Combinations against Workers cited as a criminal misdemeanor.

6. The defendant violated my Title 7 as granted by the Civil Rights Act of 1964 on the basis of Age on 1/10 by me explaining and informing management I was within my Federal rights to take a break, my mail was returned to sender as a form of retaliation and my knowledge acquired in life was targeted simply for me explaining a Latin custom to a co worker. It was apparent that my age requiring me to take legal breaks was a true motivation for combination of members of management as I couldn't work 6+ hour days without a break.

7. The defendants' lack of willingness initially to resolve this in good faith violates Florida Civil Statues 768.72 – 2 a, b – 3 b which ratified the conduct of the management, in email Tom Burns refused to reply further upon me requesting payment, even acting as if he did not understand what I was asking for. Upon me reaching out to Human Resources, then Ed Hatcher while providing the hours lost no collateral damage for my

losses of possessions, evictions, lien notices on my storage, loss of Whole life Insurance policy, and 401k, EPP stock, and Crypto currency, along with Crypto IRA losses.

## Nature of the Proceeding and Relief Sought

8. The Plaintiff brings this action pursuit to the Civil Rights Act of 1964 making the discrimination of a person on the basis of Sex, Race, Color, Religion, Age, National Origin the request of the Plaintiff is to (a) prevent the defendant from allowing management to arbitrarily make break policy, it should be in writing for all to reference (b) order the defendant to compensate and restitute losses caused by illegally bullying the Plaintiff to the loss of said assets, and emotional distress for the willful neglect of senior management to ratify store management combinations to cause harm. Refund storage cost for unit from the time of termination until date of judgment as the illegal termination placed undo hardship on the Plaintiff and caused actions of pawning and harlotry for due dates not to have assets taken.

## Jurisdiction and Venue

9. This court has jurisdiction over this action pursuant to Section 707 (a) and Section 706 (D)a,b of the Civil Rights Act of 1964 making the Federal Court in Orlando, the appropriate district.

X _Ferdell Baker_
Ferdell Baker

5/9/2023